UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

CARL H. HICKMAN                               CASE NUMBER :  04-14928
SSN:  xxx-xx-5194                             CHAPTER 13
GENEVIEVE M. HICKMAN
SSN:  xxx-xx-4186
Debtors

NOTICE TO ALLIANCE ONE
THAT $166.81 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Alliance One, creditor herein, and deposits $166.81 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Alliance One was:

   P.O. Box 3030
   Anderson, IN 46018

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a letter from the creditor stating that the account is no longer being handled by Alliance One.

3. Subsequent attempts to induce this creditor to negotiate the Trustee's disbursement checks were fruitless.

4. That any objections to said Deposit should be made in writing, with the Court Clerk.

Date: April 21, 2010Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493


The undersigned hereby certifies that a copy of the attached was sent on April 21, 2010

By U. S. Mail to the Debtors and Creditor as follows:

Debtor(s):  Carl & Genevieve Hickman, 601 E. Douglas Avenue, Ft. Wayne, IN 46802-3542
Creditor:  Alliance One, P.O. Box 3030, Anderson, IN 46018

By electronic e-mail to the following:

Debtors' Attorney:  Earl Raskosky
U.S. Trustee

/s/ Debra L. Miller, Trustee
By:  Rosemary Ward-Wilson